**DISMISS and Opinion Filed July 15, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00231-CV

## IN THE INTEREST OF M.A.V.C., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-24-01926**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Justice Molberg

Appellant's brief in this case is overdue. By postcard dated June 18, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Ken Molberg/
KEN MOLBERG
JUSTICE

240231F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.A.V.C.,
A CHILD

No. 05-24-00231-CV

On Appeal from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-24-01926.
Opinion delivered by Justice
Molberg. Chief Justice Burns and
Justice Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 15, 2024